IN UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN



Barry J. Smith Sr.,

    Plaintiff,

v.

The United States Congress and

The Wisconsin Legislature,

    Defendant.

19-C-1001

CIVIL RIGHTS COMPLAINT

Jurisdictional Statement: This court has original jurisdiction of this civil rights complaint arising under the Constitution of the United States of America, and pursuant to 28 U.S.C. Section 1331.

Cause of Action: In 1990 plaintiff was convicted of "threatening the life" of federal Judge John Reynolds in the United States District Court for the Eastern District of Wisconsin. Plaintiff was sentenced pursuant to the United States Constitution's Thirteenth Amendment, which states: Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction. As a descendant of American slaves, plaintiff was sentenced to a definite term of slavery. As a slave, the only rights plaintiff had were those the

1

government chose to grant him. Plaintiff was sentenced to twelve months in prison and forty-eight months of supervised release; this total sixty months of Thirteenth Amendment enslavement has long ago been served, discharged and expired. Plaintiff is, therefore, entitled to complete restoration of his citizenship. Nevertheless, defendants have chosen to deprive plaintiff of those citizenship rights it does not want him to have: among those rights are plaintiff's Thirteenth Amendment right to be free from slavery; plaintiff's Second Amendment right to keep and bear arms, and plaintiff's Fifteenth Amendment right to vote for the free person of his choice for elected office. By refusing to restore plaintiff's full and unabridged American citizenship rights, defendants are subjecting plaintiff, a direct descendant of American slaves, to the rule of law pronounced by the United States Supreme Court in the Dred Scott case. The case in which The United States Supreme Court held that descendants of Africans who were imported into this country, and sold as slaves, were not included nor intended to be included under the word "Citizens" in the Constitution, whether emancipated or not, and remained without rights or privileges except such as those which the government might grant them. Dred Scott v. Sanford, 60 U.S. (19 How.) 393, 15 L.Ed. 691. Quoting Black Law Dictionary, Sixth Edition, page 343.Defendants have enacted unconstitutional laws to conceal that they have denied plaintiff's citizenship rights except such as those which they choose to grant him. Defendants actions against plaintiff's citizenship rights under the Dred Scott case, as stated above, is clear and not subject to dispute.

Relief requested: Plaintiff demands his full and unabridged United States of America Citizenship rights be immediately restored.

2

Demand for jury trial: Plaintiff hereby demands trial by jury.

Date: July 15, 2019.                By: _____

Barry J. Smith Sr. pro se

3124 W. Silver Spring Drive

Milwaukee, WI 53209

414-315-3913


Certificate of Service:

Plaintiff, Barry J. Smith, hereby certifies that he has either personally served or served by United States mail, postage prepaid, a true and correct copy of the above complaint addressed to all parties required to be served:

1. Solicitor General of the United States, Room 5614

    Department of Justice, 950 Pennsylvania Ave., N.W., Washington D.C. 20530-0001

2. United States Attorney Matthew Krueger

    517 East Wisconsin Ave., Room 530

    Milwaukee, WI 53202

3. Wisconsin Attorney General Josh Kaul

    114 East State Capitol

    Madison, WI 53702

By: _____

Barry J. Smith Sr. pro se